AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01984(1,2,3) |
| | § |
| (1) Joseph William Herrera | § |
| (2) Brianna Yvonne Gonzales | § |
| (3) Tina Lynn Boudreaux | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 17, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with and other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title  **8**  United States Code, Section(s)  **1324(a)(1)(A)(v)(I)** .

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On August 17, 2022, Joseph Herrera, Tina Boudreaux and Brianna Gonzales, all U.S. citizens, were arrested near Del Rio, TX for conspiracy to transport illegal aliens.  BOUDREAUX was driving a silver 2007 Honda Ridgeline during a vehicle stop by DPS on FM 2523. HERRERA (driver) and GONZALES (passenger) were in a black 2012 Dodge Charger at the Checkpoint on FM 2523.  Agents and troopers found four illegal aliens in

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Pena, Luis A
Signature of Complainant
Pena, Luis A
Border Patrol Agent

08/23/2022                         at    DEL RIO, Texas
File Date                                City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01984(1,2,3)

(1) Joseph William Herrera
(2) Brianna Yvonne Gonzales
(3) Tina Lynn Boudreaux

**Continuation of Statement of Facts:**

the Honda Ridgeline. BOUDREAUX admitted picking up four illegal aliens, was going back to Fort Worth and had smuggling related evidence on her phone. HERRERA admitted planning the smuggling venture with his uncle (Kelvin Baker) for $1,000 USD per person. GONZALES kept lying to agents stating the Ridgeline was not hers, but was the registered owner, and this was her first time in Del Rio, but had a prior encounter with Del Rio USBP."

_____  
Signature of Judicial Officer

/s/ Pena, Luis A  
_____  
Signature of Complainant